# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Jorge Galeas Jr., | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:11-cv-00163-RJC |
| | ) | |
| vs. | ) | |
| | ) | |
| FNU Walrath et al, | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 20, 2014 Order.

May 20, 2014

*Frank G. John*

Frank G. Johns, Clerk
United States District Court